Robert Hackett et al., Appellants, v. John C. Campbell, Jr., et al., Respondents.

Reported below, 10 App. Div. 523.
(Submitted November 21, 1898; decided November 29, 1898.)

Motion to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 14, 1896, affirming a judgment entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that since the appeal was taken one of the appellants has died and that the appeal was entitled to a preference under subdivision 4, section 791 of the Code of Civil Procedure.

*R. E. & A. J. Prime* for motion.

No one opposed.

Motion denied upon the authority of *Colton* v. *N. Y. Elevated R. R. Co.* (151 N. Y. 266), without costs.